IN THE UNITED STATES DISTRICT COURT
FOR THE <u>NORTHERN</u>    DISTRICT OF TEXAS
<u>AMARILLO</u>    DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 OCT 30 PM 1:40
DEPUTY CLERK _VRS_

Toby Kristopher Payne #1720023
<u>Plaintiff's name and ID Number</u>

French M. Robertson Unit, 12071 FM 3522, Abilene, TX 79601
<u>Place of Confinement</u>

# 2-17CV-211-J

CASE NO._____
(Clerk will assign the number)

V.
James Sutterfield
William P. Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

<u>Defendant's name and address</u>

I, <u>Toby K. Payne #1720023</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.   Have you received, within the last 12 months, any money from any of the following sources?

   a.   Business, profession or from self-employment?    Yes ☐   No ☒
   b.   Rent payments, interest or dividends?    Yes ☐   No ☒
   c.   Pensions, annuities or life insurance payments?    Yes ☐   No ☒
   d.   Gifts or inheritances?    Yes ☐   No ☒
   e.   Family or friends?    Yes ☒   No ☐
   f.   Any other sources?    Yes ☐   No ☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   <u>I received approx. $1,000 on my Inmate Trust Fund Account from my mother in the</u>
   <u>past 12 months.</u>

2.   Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

   Yes ☒        No ☐

   If you answered YES to any of the questions above, state the total value of the items owned.

   <u>To the best of my recollection, I currently have $40 on my ATF account.</u>

1

☆ATCIFP (REV. 9/02)

3.   Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____24th_____ day of ____October____, 20 _17_.

_____
Signature of Plaintiff                          ID Number  1720023

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        10/24/17
RB51/RBA2481               IN-FORMA-PAUPERIS DATA               09:22:44
TDCJ#: 01720023 SID#: 08361639 LOCATION: ROBERTSON     INDIGENT DTE:
NAME: PAYNE,TOBY KRISTOPHER          BEGINNING PERIOD: 04/01/17
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        6.10 TOT HOLD AMT:        0.00 3MTH TOT DEP:     165.00
6MTH DEP:         425.00 6MTH AVG BAL:       40.77 6MTH AVG DEP:      70.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
09/17      97.67         40.00          06/17      97.37         80.00
08/17      97.67         80.00          05/17      97.47         80.00
07/17      62.37         45.00          04/17     117.65        100.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

ROBERT BAKER
Notary Public, State of Texas
My Commission Exp 07-09-18

STATE OF TEXAS| COUNTY OF JONES
ON THIS THE 24 DAY OF OCTOBER 20 1, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER:



Bx/∞ 4F/1
2r×1

TO: U.S. District Court
Office of the Clerk
Northern Dist. of Texas
305 E. 5th Ave., Ste. 13240
Amarillo, TX 79101-9949

FROM: Toby K. Payne #1720023
Robertson Unit
12071 FM 3522
Abilene, TX 79601

RECEIVED

OCT 30 2017

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY FINAL
DEPARTMENT OF CORRECTIONS
JUSTICE INSTITUTIONS DIVISION
INSTITUTIONS DIVISION

Retail

UNITED STATES
POSTAL SERVICE.

P

US POSTAGE PAID

$0.00

Origin: 78510
3 Lb 7.50 Oz

'SPECIFIED^

INCLUDED *

DED⁺