IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED
SEP 1 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Deputy

Toby K. Payne, Plaintiff,

V.

James Sutterfield, et al., Defendants.

Civil Action No: 2:17-cv-00211

## Plaintiff's Motion for T.R.O. and/or Preliminary Injunction with Inmate Declaration in Support

I, Toby K. Payne, am the plaintiff in the above styled action. I motion the court for a Temporary Restraining Order and/or a Preliminary Injunction ordering the defendants to show good cause on why I should <u>not</u> be immediately transferred (released) back to general population <u>and</u> why my psychotropic medications, Zyprexa 10mg (antipsychotic) & Effexor 75mg (antidepressant) show <u>not</u> be transferred with me where ever I am transferred to.

## Inmate Declaration in Support

On December 3, 2019, I was forced to transfer from general population at the Robertson Unit to this same Chronic Mentally Ill ("C.M.I.") treatment program here at the Clements Unit. This action is primarily about the 20 months I was previously in this C.M.I. program. I <u>was</u> unduly and unlawfully treated as an administrative segregation inmate and confined to my single occupancy solitary confinement cell virtually 24 hours a day. My actual custody level then was general population level 2 (G2).

Presently, not much has changed in the way I am treated in this C.M.I. program. In fact, I would say that the situation has gotten worse. Now, I am literally kept in

(pg 1 of 5)

my cell 24 hours a day in solitary confinement. My current actual classification level is G4. I will be eligible for promotion to G2 in November 2020. I have formally asked to be discharged from C.M.I. several times in the past few months only to basically be ignored.

At the beginning of this year, I did go through a few months of mental instability <u>because</u> of the conditions of this type of confinement and the fact that I was forced to come here. Stripped of all my general population rights and privileges. My medications have changed several times and properly adjusted and I have been mentally stable for several months now. I've told the mental health staff several times that this type of confinement is now doing me more harm than good.

This C.M.I. program cannot really be called a treatment program. Hardly any counseling is provided. My counsler can only counsel me <u>cell-side</u> for about 5 minutes once per week. While at the Robertson Unit, my counsler Ms. Rowland, counseled me once a week in her office for 30 to 45 minutes each session. I am supposed to get only one hour of recreation outside my cell and a shower each day. But even these basic rights are denied virtually every day due to actual staff shortages of officers. I have to bathe myself by sitting reverse on my toilet and using my coffee cup to pour water over myself. I recreate in my cell by pacing diagonally 7 steps one way.

This type of solitary confinement of the mentally ill
(pg 2 of 5)

is nothing more than the unlawful warehousing of mentally unstable (and some stable) men. I liken it to a pound for stray cats and dogs. Only our cages are bigger. This type of solitary confinement, with no promise of ever returning to general population, is causing me extreme mental anguish. No human being is built to be confined in solitary confinement 24 hours a day for months and years on end. I am no exception.

I already suffer from a mental disorder called schizo-affective disorder. This type of confinement, with virtually no therapy, only worsens my condition. Up until the end of June and the beginning of July 2020 I had lost all hope of a future with a purpose and attempted to hang myself. I still have the scar on my neck from it. I also tried to bite the veins out of my left wrist and still have that scar. It is only by the grace and mercy of God that I got past being suicidal. I was provided no therapy for it. I counseled with God. I also counseled with my mother and step-father via mail. It takes an incredible amount of faith for me to muster in order to make it through each day. I can barely keep my head above water mentally speaking. I keep my radio tuned in to 99.7 Radio by Grace here in Amarillo.

There are about 234 other men housed where I am housed. Most of them are severely mentally unstable and will not get better because they, like me, are being neglected. I have to listen to one inmate down the row from me bang his food tray on his desk a various times a day. This same inmate stops up his toilet and floods the whole row out. the

(pg 3 of 5)

inmate next to him beats on his cell door in fits of rage while yelling things I cannot understand. Every time a nurse comes around, my neighbor yells the same rehersed expression of some constitutional violation. My neighbor below me yells in the vent vulgar things about Jesus because he knows I am a follower.

This type of confinement is causing me irreparable mental harm. I don't want to, but I could slip into a suicidal state again. I am unduly being denied many privilages and rights that I did nothing to lose. I am cut off from fellowshiping with other inmates. I cannot attend religious services. I cannot walk to the chowhall to eat. I cannot walk to the infirmary. I cannot walk to the regular library or attend sessions in the law library. I cannot use the offender telephone system to call my family. I cannot recreate as a G4/G2 inmate. I am not recieving nearly as much counseling as I was when I was in population. To add insult to injury, any time I leave my cell, I am handcuffed behind my back for no reason at all. Other G4/G2's are not treated in this manner in population.

I do have a step 1 in process on why I cannot be discharged from C.M.I. I can take up to 45 days to process this grievance. Then I would have to file a step two. Another 45 days. 90 days. I have attached a similar grievance submitted earlier this year. Sheltered Housing is just another "program" within C.M.I. I was even told by a ~~one~~ counslor that Sheltered Housing inmates are not to be provided any

counseling. Judging from the response in the attached Step 1, my current Step 1 on this issue and its response will not be favorable to me. I've already been confined this way for eight months.

I respectfully ask the court for a hearing on this issue so I can verbalize this. It would be much easier for me to do so. I can easily answer any questions the court has and counter any arguements the defendants have.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 9/5/20

X

Toby K. Payne #1720023
Clements Unit
9601 Spur 591
Amarillo, TX 79107

(pg 6 of 5)

*Possible Emergency Grievance* Trq 447

# Texas Department of Criminal Justice

## STEP 1

# OFFENDER
# GRIEVANCE FORM

12 B H     12 E-75

Offender Name: Toby K. Payne

TDCJ #: 1720023

Unit: Clements     Housing Assignment: 12 A 4 46

Unit where incident occurred: Clements     12 B G 232

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020079385 |
| Date Received: | FEB 19 2020 |
| Date Due: | 4-4-20 |
| Grievance Code: | 672 |
| Investigator ID #: | 2763 |
| Extension Date: | |
| Date Retd to Offender: | MAR 26 2020 |

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden's Office, Classification Chief (Unit), UCC     When? 2/14/2020

What was their response? none to date

What action was taken? none to date

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance is mainly regarding the fact that I am presently a G4 custody level offender who has requested numerous times to C.M.I. mental health staff to be discharged from C.M.I. and immediately transferred back to G2P. I am unduly & unlawfully housed in an "Act-Sep" environment against my will. C.M.I. staff has granted my discharge by moving me from Level 3 to S.H. or Sheltered Housing according to Carter Farley & Dr. Nguyen awaiting "Huntsville" to transfer me back to population. Mental Health staff has told me that this transfer back to population could take months or even a year. This makes no sense. I presently have 4 active pending federal lawsuits against TDCJ officials as follows: In the Amarillo Fed. Dist. Court, Payne v. Satterfield, et al., #2:17-cv-00211, filed in Dec. 2017 against TDCJ officials and Texas Tech officials overseeing this very CMI program for unlawfully housing me back here as "act-sep" for 20 months while I was a G2/G3 offender; Payne v. Satterfield, et al., #2:18-cv-00084, filed in 2018 against CMI staff for not providing any transition counseling back to G2P when I was involuntarily discharged in June 2017 and sent to Robertson; Payne v. Leslie Davis, #1:18-cv-00048, filed against TDCJ Robertson Unit officials for religious persecution for me wanting to grow my beard. NOTE: In this suit I also indicated that I shave my head for religious reasons as well. To mourn the death of my son as the Hebrews did in the OT of the Holy Bible. To date, since I've been here (since 12/3/2019) I have not been provided any access to grooming implements. Nor has a barber been sent back here for haircuts, trim beards, or nail clipping. Lastly, Payne v. Bryan Collier, et al., #1:18-cv-00208-BU NOTE: These last two cases are pending in the Abilene Fed. Dist. Court filed in Dec. 2018 against state level, TDCJ & Texas Tech officials for retaliation against me for filing previous lawsuits. // Now, I am currently eligible for promotion to G2. On Monday 2/10/2020 I was brought before UCC and only told I was promoted to Line 1. I was told no cases for a year. So why was I not also reviewed and promoted to G2? I mentioned the lawsuits not as a threat but to inform you

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     Doc. #1 Pg. 1 of 2     (OVER)

Appendix F

that I can and will file a motion for a preliminary injunction to acquire my immediate transfer back to general population. It should take no more than 72 hours for "Huntsville" to transfer me back to Robertson or elsewere in population. The court should not have to get involved in this particular process. If it should have to come to this, in would not reflect well on the defendants. ~~I~~ I-60's sent to UCC & Warden's office regarding issue on 2/14/2020. *END OF STATEMENT*

_____

_____

_____

**Action Requested to resolve your Complaint.** Please, please, transfer me back to general population and properly review me for promotion to...

**Offender Signature:** _____  **Date:** 2/15/2020

**Grievance Response:** UPON REVIEW OF YOUR RECORDS DOCUMENTATION INDICATES THAT YOU WERE DISCHARGED FROM CMI AND REFERRED TO SHELTERED HOUSING WHICH IS A TDCJ HOUSING ASSIGNMENT. NO FURTHER ACTION WARRANTED

**Signature Authority:** _____ D. MARKGRAF   **Date:** 3-9-2020

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**          UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Doc. #1
Pg 2 of 2          Appendix F

9/5/20

Dear Clerk of the Court,

   Please file the enclosed documents in the above styled action.

RECEIVED

SEP 1 1 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Sincerely,

Toby K. Payne #1720023
Clements Unit
9601 Spur 591
Amarillo, TX 79107

Tobe K. Byrd #1180093
Clements Unit
9601 Spur 591
Amarillo, TX 79107
* Legal Mail *

RECEIVED
SEP 11 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

AMARILLO TX 791
10 SEP 2020 PM 2 T
FOREVER / USA

U.S. District Court
Northern Dist. of Texas
805 E. Fifth St., Rm. 133
Amarillo, TX 79101-1559

79101$1556